FILED

SEP 1 3 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN COHEN,<br><br>Defendant. | **4:18CR00769 JAR**<br><br>**WAIVER OF INDICTMENT**<br><br>CASE NUMBER: |

I, **Alan Cohen**, the above named defendant, who is accused of aggravated identity theft in violation of Title 18, United States Code, Section 1028A being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*